**[Docket Nos. 51 and 53]**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
:
SALAHUDDIN F. SMART,             :
                                 :
        Plaintiff,               :    Civil No. 13-4690 (RMB/KMW)
                                 :
        v.                       :    **ORDER**
                                 :
TOWNSHIP OF WINSLOW et al.,      :
                                 :
        Defendants.              :
_____:

    THIS MATTER having been brought before the Court pursuant to Rule 72(b), Fed. R. Civ. P.; and it appearing that on January 9, 2017 [Docket No. 53], United States Magistrate Judge Karen M. Williams filed a Report and Recommendations in this case; and Plaintiff having been given opportunity to respond or otherwise object to this Report and Recommendation within ten days; and no objections having been received as of today's date; and it appearing after review that this Court should adopt the Report and Recommendation without modification;

    IT IS on this **31st** day of **January 2017**, hereby

    **ORDERED AND ADJUDGED** that the Report and Recommendations is hereby adopted and entered, and the Defendants' Motion to Dismiss Plaintiff's Complaint [Docket No. 51] is **GRANTED** and Plaintiff's Complaint be and is hereby **DISMISSED**; and

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to close this matter.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
United States District Judge